■ Michael Melnitzky et al., Appellants, v Housing Works Inc. et al., Respondents. [802 NYS2d 364]—

Order, Supreme Court, New York County (Shirley Werner Kornreich, J.), entered August 18, 2004, which dismissed plaintiffs' complaint, unanimously affirmed, with costs.

The complaint was properly dismissed upon a record showing that plaintiffs' noncompliance with numerous disclosure orders was willful (CPLR 3126). The record does not support plaintiffs' claim of bias. Concur—Tom, J.P., Mazzarelli, Friedman, Catterson and McGuire, JJ.